GERTRUDE J. HINE, Respondent, *v.* F. WORTHINGTON HINE, Appellant.

(Argued January 7, 1929; decided January 15, 1929.)

*Jackson A. Dykman* for motion.
*Michael D. Reilly* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.